**Gregory McCLELLAN, Plaintiff—Appellant,**

v.

**David MOUNTAIN; P. Heard, Defendants—Appellees.**

No. 09–15596.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 6, 2010.

Gregory McClellan, Soledad, CA, pro se.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Gregory McClellan appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging claims concerning parole conditions and revocation of parole. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Weilburg v. Shapiro,* 488 F.3d 1202, 1205 (9th Cir.2007). We may affirm on any ground supported by the record. *Johnson v. Riverside Healthcare Sys. LP,* 534 F.3d 1116, 1121 (9th Cir.2008). We affirm in part, vacate in part, and remand.

We affirm the dismissal of McClellan's claims challenging parole conditions. *See Hatton v. Bonner,* 356 F.3d 955, 961–67 (9th Cir.2004) (rejecting ex post facto challenge); *Neal v. Shimoda,* 131 F.3d 818, 826–27 (9th Cir.1997) (same); *see also United States v. Bee,* 162 F.3d 1232, 1234–35 (9th Cir.1998) (rejecting constitutional challenge to condition of supervised release).

However, we vacate the dismissal under *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), of McClellan's claim challenging parole revocation. The district court did not expressly consider the *Heck* exception set forth in *Nonnette v. Small,* 316 F.3d 872 (9th Cir.2002). Accordingly, we vacate and remand for further proceedings on this claim.

McClellan shall bear his own costs on appeal.

**AFFIRMED in part, VACATED in part, and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.